FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2016 SEP 28 PM 4:31

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

CASE NO. 2:16-cr 110-FtM-29CM

v.

ELIJAH HART

18 U.S.C. §§ 2252(a)(4)(B) and (b)(1)
18 U.S.C. §§ 2253

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about January 9, 2015 through on or about March 4, 2015, in Collier County, in the Middle District of Florida, and elsewhere,

**ELIJAH HART,**

the defendant herein, did knowingly access with intent to view, any visual depiction that had been mailed, shipped, and transported using any means or facility of interstate and foreign commerce, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(1).

## FORFEITURE

1. The allegations contained in Count One, of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provision of Title 18, United States Code, Section 2253.

2. The defendant, ELIJAH HART, shall forfeit to the United States of America, any visual depiction described in sections 2251, 2251A, or 2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of offense:

    A. One Western Digital Hard Drive, 500 GB, S/N WCC1S4214565; and

    B. Dell Computer Tower, S/N 8NTGK51.

3. If any of the property described above, as a result of any act or omission of the defendant:

    i. cannot be located upon the exercise of due diligence;

    ii. has been transferred or sold to, or deposited with, a third party;

    iii. has been placed beyond the jurisdiction of the court;

    iv. has been substantially diminished in value; or

    v. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 18, United States Code, Section 2253(b).

Date: 9/28/16

A TRUE BILL,

_____
FOREPERSON

A. LEE BENTLEY, III
United States Attorney

By: _____
CHARLES D. SCHMITZ
Assistant United States Attorney
Trial Counsel

By: _____
JESUS M. CASAS
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
APR 1991

No. 2:16-cr-

UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

ELIJAH HART

INDICTMENT

Violation:

18 U.S.C. § 2252(a)(4)(B) and (b)(1)

A true bill,

_____
Foreperson

Filed in open court this 28th day
of September, 2016.

_____
Clerk

Bail $ _____

GPO 863 525